| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE GRANT COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF GRANT | ) | CAUSE NO. |

VERNON MAYS, )
)
    Plaintiff, )
)
v. )    **JURY TRIAL REQUESTED**
)
NORFOLK SOUTHERN CORPORATION, )
)
    Defendant. )

## **COMPLAINT**

Comes now Plaintiff, Vernon Mays (hereinafter "Vernon"), by counsel, and for his Complaint against Defendant, Norfolk Southern Corporation (hereinafter "Norfolk"), says:

1. At all times material hereto, Vernon resided in Marion, Grant County, Indiana.

2. At all times material hereto, Norfolk was responsible for operating and maintaining a railroad track on or near the intersection of 10th Street and Boots Street in Marion, Grant County, Indiana.

3. On June 26, 2021, Vernon was injured while he was riding his motorcycle over the aforementioned railroad track located on the intersection of 10th Street and Boots Street in Marion, Grant County, Indiana.

4. The aforementioned injuries to Vernon were proximately caused by and/or resulted from the negligence and/or fault of Norfolk.

5. As a result of the above-referenced injuries, Vernon has incurred bodily injury, pain and suffering, mental anguish, and other costs, expenses and losses, some of which may be permanent in nature, and other damages recoverable under Indiana law.

WHEREFORE, Plaintiff, Vernon Mays, prays for judgment against Defendant, Norfolk Southern Corporation, in an amount which will fully, fairly and adequately compensate said Plaintiff for all injuries, costs, expenses, losses and damages recoverable under Indiana law, and for all other just and proper relief in the premises.

## JURY TRIAL REQUEST

Comes now Plaintiff, Vernon Mays, by counsel, and requests a trial by jury in the above-captioned cause of action.

Respectfully submitted,

/s/Michael E. Simmons
Michael E. Simmons
HUME SMITH GEDDES GREEN & SIMMONS, LLP
Attorney No. 136-49
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
Telephone: (317) 632-4402
Facsimile: (317) 632-5595
msimmons@humesmith.com
jlitton@humesmith.com

Attorney for Plaintiff